**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61974-LEIBOWITZ**

**NELSON FERNANDEZ,**

*Plaintiff,*

*v.*

**BOTTIMA LLC**,

*Defendant.*
_____________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 6], filed on December 16, 2024. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** ***with prejudice***. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The parties shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in the Southern District of Florida on December 16, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record